UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARLENE ROTH,

    Plaintiff,

v.                          Case No:   2:15-cv-508-FtM-99CM

NATIONSTAR MORTGAGE, LLC,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Plaintiff Arlene Roth and Defendant Nationstar Mortgage, LLC's Stipulation for Dismissal With Prejudice (Doc. #12) filed on October 23, 2015. As the parties have settled this case, they stipulate to the Court dismissing it with prejudice, with each side to bear its own fees, costs, and expenses. (Doc. #12). The parties also request that the Court retain jurisdiction of over this matter for the purpose of enforcing the terms of their settlement agreement. (Doc. #12).

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action voluntarily if a stipulation of dismissal is signed by all parties who have appeared. This dismissal is effective upon filing and requires no further action by the Court. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). In compliance with

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Rule 41(a), the Court dismisses this case with prejudice.  The Court, however, declines to retain jurisdiction as requested.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff Arlene Roth and Defendant Nationstar Mortgage, LLC's Stipulation for Dismissal With Prejudice (Doc. #12) is **GRANTED**.

(2) The above-captioned case is **DISMISSED with prejudice**.  The Court declines to retain jurisdiction over this case for the purpose of enforcing the parties' settlement agreement.

(3) The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate all pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th day of October, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record